UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BRENT M. MORGAN,                          :
                                          :
            Plaintiff,                    :
                                          :
      v.                                  :        C.A. No.: 1:19-cv-00655-WES-PAS
                                          :
US BANK, NA                               :
                                          :
            Defendant.                    :

## MOTION TO DISSOLVE NOTICE OF LIS PENDENS

Defendant U.S. Bank N.A. ("U.S. Bank") moves this Court for an order dissolving the notice of lis pendens recorded by Brent M. Morgan ("Plaintiff"). Plaintiff recorded the lis pendens (attached hereto as **Exhibit A**) on July 16, 2019, in the Clerk's office for the Town of Providence, Rhode Island, in Book 12420 at Page 317 (Document Number 00232032). By Order, this Court dismissed this action on May 1, 2020, for failure to state a claim upon which relief can be granted. *See* Order, ECF No. 11 (May 1, 2020). Therefore, there is no action pending, and the lis pendens should be removed from the land records.

WHEREFORE, U.S. Bank respectfully requests an order dissolving the lis pendens.

                              U.S. Bank, N.A.

                              By its Attorneys,


                              /s/Krystle G. Tadesse
                              Krystle G. Tadesse (#7944)
                              LOCKE LORD LLP
                              2800 Financial Plaza
                              Providence, RI 02903-2499
                              401.274.9200
                              401.276.6611 (fax)
                              krystle.tadesse@lockelord.com

Date: May 4, 2020

1

82878028v.1

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that on the 4th day of May, 2020, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be mailed to those indicated as non-registered participants.


/s/ Krystle G. Tadesse

2

82878028v.1

# EXHIBIT A

**STATE OF RHODE ISLAND**
**Providence, SC**

**SUPERIOR COURT**

|  |  |
|---|---|
| **Brent Morgan** <br> Plaintiff, | ) <br> ) <br> ) |
| **vs.** | ) <br> ) <br> ) |
| **US Bank, NA** <br> Defendants. | ) <br> ) <br> ) |

**C.A. NO:**

## NOTICE OF LIS PENDENS

Now comes Plaintiff in the above noted action who herein states that the above captioned action will be filed in the Superior Court of the State of Rhode Island, Providence, SC, which concerns a mortgage secured against the property located at 209 Sixth Street, Providence, RI also described as Assessor's Plat 96, Lot 6. (See also: Exhibit A attached hereto). The complaint alleges that Defendant US Bank, NA breached the mortgage contract. Therefore, any acceleration, foreclosure, or mortgagee's foreclosure sale conducted by the Defendants, are invalid, ineffectual and void.

Respectfully Submitted,
Plaintiffs, By Their Attorney,

Corey J. Allard, Esq. (#7476)
50 Power Road, 2nd Floor
Pawtucket, RI 02860
(401) 338-6381

Doc No: 00232032
Book: 12420 Page: 317